IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                                FILED _____ ENTERED
                                LODGED _____ RECEIVED

                                  SEP 1 0 2013
                                  AT BALTIMORE
                              CLERK U.S. DISTRICT COURT
                               DISTRICT OF MARYLAND
                           BY                   DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| JOSEPH HUNTINGTON, | * |
|  | Case No. 05-M-4658 |
| Defendant | * |

* * * * * * * * * * * * *

## GOVERNMENT'S MOTION TO DISMISS

THE UNITED STATES OF AMERICA, by and through its undersigned counsel, hereby moves, pursuant to Federal Rules of Criminal Procedure 48(a), to dismiss this case. The U.S. Probation and Pretrial Services office has provided notification that Mr. Huntington successfully completed his pre-trial diversion program on November 21, 2006. However, no formal dismissal was filed by the government at that time. Accordingly, the government herein moves to dismiss this case.

WHEREFORE the government requests that this case be dismissed without prejudice.

Respectfully submitted,

_____
ROBERT M. PREZIOSI
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Aberdeen Proving Ground, Maryland 21005
(443) 861-5161

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion to Dismiss was served by electronic filing this 10th day of September 2013.

_____
ROBERT M. PREZIOSI
Special Assistant United States Attorney